IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM HEGGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:06cv0478 |
| | ) |
| UNITED AUTO WORKERS LOCAL 737, and | ) Judge Thomas A. Wiseman, Jr. |
| VISTEON AUTOMOTIVE SYSTEMS, INC., | ) Magistrate Judge E. Clifton Knowles |
| | ) |
| Defendants. | ) |

## ORDER

Defendant Visteon Corporation ("Visteon")[1] moves for dismissal under Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted and, alternatively, for summary judgment under Rule 56. (Doc. No. 9.) Plaintiff has filed a response in opposition to Visteon's motion. (Doc. No. 18.)

For the reasons explained in the accompanying Memorandum Opinion, Visteon's motion is hereby **GRANTED** and Visteon is terminated as a defendant in this action.

Visteon's motion to stay discovery (Doc. No. 23) pending the Court's ruling on the motion to dismiss is **DENIED** as moot.

It is so **ORDERED**.

This case is referred to the Magistrate Judge for further case management.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge

---

[1] Visteon is incorrectly identified in the complaint as "Visteon Automotive Systems, Inc."